1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GERMAN YOVANI QUEZADA,                    No.  2:17-cv-0243 AC P

12                     Petitioner,

13           v.                                 ORDER

14    W.L. MUNIZ,

15                     Respondent.

16

17          On March 18, 2017, petitioner filed a petition for a writ of habeas corpus pursuant to 28

18    U.S.C. § 2254 and motion to stay.  ECF No. 4.  However, he did not file an application to proceed

19    in forma pauperis or pay the filing fee.  Petitioner was given thirty days to either file an

20    application or pay the fee.  ECF No. 5.  Thirty days have passed and the court has not received

21    either a completed application or the filing fee.  However, petitioner has submitted a notice

22    advising the court that he submitted two requests to the trust office to forward the filing fee to the

23    court.  ECF No. 6.  Accordingly, petitioner shall have an additional thirty days to pay the filing

24    fee.

25          In addition to notifying the court that he has requested the filing fee be paid, petitioner

26    also advises that the California Supreme Court has denied his previously pending state habeas

27    petition.  Id. at 1-2.  The court will therefore deny petitioner's pending motion to stay as moot and

28    proceed to screen the petition once the filing fee has been received.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall have thirty days from the date of this order to pay the appropriate filing fee.

2. Petitioner's motion to stay (ECF No. 4) is denied as moot.

DATED: May 10, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE