UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERMAN YOVANI QUEZADA,

Petitioner,

v.

W.L. MUNIZ,

Respondent.

No. 2:17-cv-0243 AC P

ORDER

By order filed April 5, 2017, petitioner was given thirty days to either file an application to proceed in forma pauperis or pay the filing fee. ECF No. 5. In response to the order, petitioner submitted a notice advising the court that he submitted two requests to the trust office to forward the filing fee to the court. ECF No. 6. In light of his representation that payment was pending, he was given an additional thirty days to pay the fee. ECF No. 7. The thirty days has passed and the court has yet to receive petitioner's filing fee. However, petitioner has submitted another letter demonstrating to the court that he has placed a request for the prison to forward the appropriate fee to the court. ECF No. 8. It is unclear why the court has yet to receive payment despite the length of time that has elapsed since petitioner advised he first requested the prison process his filing fee, and the court is unable to proceed on the petition until petitioner either pays the fee or is granted leave to proceed in forma pauperis. The court will grant petitioner thirty more days to pay the fee or to submit an application to proceed in forma pauperis. In an effort to expedite

1

resolution of this situation, a courtesy copy of this order will also be sent to the litigation coordinator for Salinas Valley State Prison.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall have thirty days from the date of this order to pay the appropriate filing fee or file an application to proceed in forma pauperis.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

3. The Clerk of the Court is directed to fax a courtesy copy of this order to the litigation coordinator at Salinas Valley State Prison at (831) 678-5544.

DATED: July 13, 2017

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2