UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERMAN YOVANI QUEZADA, | No. 2:17-cv-0243 JAM AC P |
| Petitioner, | |
| v. | ORDER |
| W.L. MUNIZ, | |
| Respondent. | |

Petitioner requests an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for extended time, ECF No. 20, is granted; and

2. Petitioner shall file and serve his traverse within sixty days after service of this order.

SO ORDERED.

DATED: December 4, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE