UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERMAN YOVANI QUEZADA, | No. 2:17-cv-0243 JAM AC P |
| Petitioner, | |
| v. | ORDER |
| W.L. MUNIZ, | |
| Respondent. | |

    Petitioner, a state prisoner proceeding pro se, has filed a request a ruling. ECF Nos. 35. The petition is currently fully submitted and will be considered by the court in due time. Petitioner is advised that the Eastern District of California maintains one of the heaviest caseloads in the nation. This sometimes causes unavoidable delays in the resolution of individual matters.

    Accordingly, IT IS HEREBY ORDERED that petitioner's motion for a ruling (ECF No. 35) is GRANTED to the extent that the petition will be ruled on in due course and is otherwise DENIED.

DATED: April 4, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE