UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERMAN YOVANI QUEZADA, | No. 2:17-cv-0243 DAD AC P |
| Petitioner, | |
| v. | ORDER |
| W.L. MUNIZ, | |
| Respondent. | |

    Petitioner has requested an extension of time to file objections to the findings and recommendations filed March 31, 2023. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's requests for an extension of time (ECF Nos. 44, 45) are granted; and

    2. Petitioner shall have thirty days from the service of this order to file objections to the findings and recommendations.

DATED: May 5, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE