UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERMAN YOVANI QUEZADA, | No. 2:17-cv-0243 DAD AC P |
| Petitioner, | |
| v. | ORDER |
| W.L. MUNIZ, | |
| Respondent. | |

Petitioner has requested a second, thirty-day extension of time to file objections to the March 31, 2023 findings and recommendations. The current deadline for filing objections is June 8, 2023. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for a thirty-day extension of time (ECF No. 47) is GRANTED; and

2. Petitioner shall have until July 10, 2023, to file any objections to the March 31, 2023 findings and recommendations. No further extension of time will be granted absent a showing of extraordinary circumstances.

DATED: May 30, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE